LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
   *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
   *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
   *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>    Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>    Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**NOTICE OF HEARING DATE AND BRIEFING SCHEDULE**<br><br>Date:    January 25, 2018<br>Time:   2:00 P.M.<br>Place:   Courtroom 7<br>         Robert T. Matsui Courthouse<br>         501 I St, Sacramento, CA 95814 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of California, and the Civil Law and Motion procedures of the Honorable Morrison C. England, Jr., the hearing on Petitioner Pharmaniaga Berhad's ("**Pharmaniaga**")'s Petition and Motion for (1) Confirmation of Foreign Arbitral Award, (2) Entry of Judgment, and (3) Attorney's Fees Incurred in Confirming the Award (the "**Petition and Motion**," ECF No. 1) is set for January 25, 2018.[1]  The Court has not ordered oral argument on the Petition and Motion; "[i]f the Court determines that oral argument is needed it will be scheduled at a later date."  *See* Judge England's Civil Law and Motion procedures.

Judge England's Civil Law and Motion procedures also provide that any "opposition or statement of non-opposition, and reply due dates shall be filed in accordance with the original motion hearing date."  *Id.*  Accordingly, pursuant to Local Rule 230 subsections (c) and (d), any opposition or non-opposition must be filed and served on or before January 11, 2018 (14 days before the January 25 hearing date), and any reply must be filed and served on or before January 18, 2018 (7 days before the January 25 hearing date).

Dated:  January 2, 2018                          Respectfully submitted,

LATHAM & WATKINS LLP
   Melanie M. Blunschi
   R. Peter Durning, Jr.
   Patrick K. O'Brien

By  /s/ R. Peter Durning, Jr.
   R. Peter Durning, Jr.
   Attorneys for Petitioner
   *Pharmaniaga Berhad*

---

[1] The Petition and Motion was filed on December 21, 2017 and served on Respondent E*Healthline.com, Inc. on December 22, 2017 (*see* "**Notice of Service of Process**," ECF No. 9). Pursuant to Local Rule 230(b), the Petition and Motion "shall be set for hearing … not less than twenty-eight (28) days after service and filing of the motion" – *i.e.*, on or after January 19, 2018. The first available hearing date after January 19, 2018 in the courtroom of the Honorable Morrison C. England, Jr. is January 25, 2018.  *See* Judge England's Civil Law and Motion procedures, *available at* http://www.caed.uscourts.gov/caednew/assets/File/MCE%20Web%20Page%20Rev%20Dec%2011,%202017.pdf.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-1560.

On January 2, 2018, I served the following document described as:

**NOTICE OF HEARING DATE AND BRIEFING SCHEDULE**

by serving a true copy of the above-described document in the following manners:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

E*HEALTHLINE.COM, INC.
Attn: Candy Wang, Administrative Assistant
2450 Venture Oaks Way
Sacramento, CA 95833

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 2, 2018, at Los Angeles, California.

*Carole McGinnis*
Carole McGinnis

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES