LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
   *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
   *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
   *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**[PROPOSED] ORDER GRANTING PETITION AND MOTION FOR**<br><br>**(1)  CONFIRMATION OF FOREIGN ARBITRAL AWARD;**<br><br>**(2)  ENTRY OF JUDGMENT;**<br><br>**AND**<br><br>**(3)  ATTORNEY'S FEES INCURRED IN CONFIRMING THE AWARD** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
PHARMANIAGA'S PETITION AND MOTION
RE: FOREIGN ARBITRAL AWARD

# [PROPOSED] ORDER

The Court, having reviewed Petitioner Pharmaniaga Berhad's ("**Pharmaniaga**")'s Petition and Motion for (1) Confirmation of Foreign Arbitral Award, (2) Entry of Judgment, and (3) Attorney's Fees Incurred in Confirming the Award (the "**Petition and Motion**," ECF No. 1), hereby orders:

1. The Petition and Motion is granted.

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Morrison C. England, Jr.
Judge of the United States District Court
Eastern District of California

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
PHARMANIAGA'S PETITION AND MOTION
RE: FOREIGN ARBITRAL AWARD