LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
    *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
    *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING PHARMANIAGA'S REQUEST TO SEAL DOCUMENTS**<br><br>(***L.R. 140(a)(ii), 141***) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having reviewed Petitioner Pharmaniaga Berhad ("Pharmaniaga")'s Request |
| 3 | to Seal Documents (the "Request to Seal"), submitted on January 12, 2018, in support of |
| 4 | Pharmaniaga's Petition and Motion for (1) Confirmation of Foreign Arbitral Award, |
| 5 | (2) Entry of Judgment, and (3) Attorney's Fees Incurred in Confirming the Award (the "Petition |
| 6 | and Motion," ECF No. 1), hereby orders: |
| 7 | 1. The Request to Seal is GRANTED. The information redacted from exhibits to the |
| 8 | Petition and Motion is and shall permanently remain outside the public record unless a |
| 9 | subsequent Court order provides otherwise. |
| 10 | 2. Access to the unredacted version of the exhibits to the Petition and Motion shall |
| 11 | be limited to the parties and their counsel. |
| 12 | IT IS SO ORDERED. |
| 13 | Dated: January 22, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE