LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
    *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
    *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING PHARMANIAGA BERHAD'S REQUEST TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
PHARMANIAGA'S REQUEST TO AMEND
PRETRIAL SCHEDULING ORDER

**ORDER**

The Court, having reviewed Petitioner Pharmaniaga Berhad's Objection to Initial Pretrial Scheduling Order and Request for Modified Discovery Schedule ("Request to Amend Pretrial Scheduling Order"), submitted on February 6, 2018, and having received no objection from Defendant EHealthline.com, Inc., hereby orders:

1. Page 2, Lines 14-16 of the Initial Pretrial Scheduling Order (ECF No. 7) is amended and superseded only to the following extent:

Because this is "an action to enforce an arbitration award," the parties are not required to hold a Rule 26(f) conference before serving discovery and are not required to meet and confer regarding a discovery plan. See Fed. R. Civ. P. 26(a)(1)(B)(ix), 26(d)(1), 26(f)(1).

IT IS SO ORDERED.

Dated: February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE