LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
    *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
    *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**STIPULATION AND ORDER TO ESTABLISH REMAINING BRIEFING SCHEDULE** |

| | |
|---|---|
| 1 | **JOINT STIPULATION** |
| 2 | WHEREAS, on January 12, 2018, Petitioner Pharmaniaga Berhad ("**Pharmaniaga**") |
| 3 | filed its Petition and Motion for Confirmation of Foreign Arbitral Award, Entry of Judgment, |
| 4 | and Attorney's Fees Incurred in Confirming the Award ("**Motion for Confirmation**") set for |
| 5 | hearing on February 22, 2018 (ECF No. 16); |
| 6 | WHEREAS, on January 16, 2018, the Court vacated the hearing on Pharmaniaga's |
| 7 | Motion for Confirmation and ordered that "[t]he opposition or statement of non-opposition, and |
| 8 | reply due dates shall be filed in accordance with the original motion hearing date" (ECF No. 19), |
| 9 | such that the deadline for Respondent E*HealthLine.com, Inc. ("**EHL**") to file any opposition to |
| 10 | the Motion for Confirmation was February 8, 2018; |
| 11 | WHEREAS, on February 2, 2018, Respondent E*HealthLine.com, Inc. ("EHL") filed its |
| 12 | Motion to Dismiss for Failure to State a Claim and Lack of Jurisdiction ("**Motion to Dismiss**") |
| 13 | set for hearing on March 8, 2018 (ECF No. 23); |
| 14 | WHEREAS, on February 6, 2018, the Court vacated the hearing on EHL's Motion to |
| 15 | Dismiss and ordered that "[t]he opposition or statement of non-opposition, and reply due dates |
| 16 | shall be filed in accordance with the original motion hearing date" (ECF No. 25); |
| 17 | WHEREAS, on February 8, 2018, EHL opposed Pharmaniaga's Motion to Confirm by |
| 18 | filing a Cross-Motion to Vacate Arbitral Award ("**Cross-Motion to Vacate**"), which included a |
| 19 | consolidated Memorandum of Points and Authorities Opposing the Motion for Confirmation and |
| 20 | Supporting the Cross-Motion to Vacate (ECF No. 26-1), but did not file a separate opposition |
| 21 | brief in response to the Motion to Confirm; |
| 22 | WHEREAS, EHL set the hearing on its Cross-Motion to Vacate on March 8, 2018 (ECF |
| 23 | No. 26); |
| 24 | WHEREAS, on February 13, 2018, the Court vacated the hearing on EHL's Cross- |
| 25 | Motion to Vacate and ordered "[t]he opposition or statement of non-opposition, and reply due |
| 26 | dates shall be filed in accordance with the original motion hearing date" (ECF No. 27); |
| 27 | WHEREAS, Pharmaniaga's Motion for Confirmation, EHL's Cross-Motion to Vacate, |
| 28 | and EHL's Motion to Dismiss all remain pending before the Court; |

1       WHEREAS, the aforementioned pending motions all relate to the general subject matter of Pharmaniaga's original Motion for Confirmation, *see* E.D. Cal. L.R. 230(e);

3       WHEREAS, in the interest of efficiency, the parties agree that briefing on Pharmaniaga's Motion to Confirm and EHL's Cross-Motion to Vacate should be consolidated;

5       NOW, THEREFORE, the parties hereby stipulate and request that the Court order as follows:

7       On February 22, 2018, Pharmaniaga will file one brief responding to the arguments raised in EHL's Cross-Motion to Vacate and Memorandum of Points and Authorities Opposing the Motion for Confirmation and Supporting the Cross-Motion to Vacate, but will not file a separate reply brief in support of the pending Motion for Confirmation;

11       On February 22, 2018, Pharmaniaga will file an opposition to EHL's Motion to Dismiss;

12       On March 1, 2018, EHL will file a reply in support of its Cross-Motion to Vacate; and

13       On March 1, 2018, EHL will file a reply in support of its Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: February 15, 2018           LATHAM & WATKINS LLP

By: /s/ Melanie M. Blunschi
     Melanie M. Blunschi
     Attorneys for Petitioner
     Pharmaniaga Berhad

Dated: February 15, 2018           DENTONS US LLP

By: /s/ Andrew S. Azarmi
     (as authorized on February 14, 2018)
     Andrew S. Azarmi
     Attorneys for Respondent
     E*HealthLine.com, Inc.

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders the following briefing schedule:

On February 22, 2018, Pharmaniaga shall file one brief responding to the arguments raised in EHL's Cross-Motion to Vacate and Memorandum of Points and Authorities Opposing the Motion for Confirmation and Supporting the Cross-Motion to Vacate, but will not file a separate reply brief in support of the pending Motion for Confirmation. Plaintiff's brief shall not exceed ten (10) pages.

On February 22, 2018, Pharmaniaga shall file an opposition to EHL's Motion to Dismiss, not to exceed twenty (20) pages.

On March 1, 2018, EHL shall file a reply in support of its Cross-Motion to Vacate, not to exceed five (5) pages; and

On March 1, 2018, EHL shall file a reply in support of its Motion to Dismiss, not to exceed ten (10) pages.

As these matters have already been submitted, the Court will consider all filings together and will issue a ruling upon consideration of both parties' complete briefing.

IT IS SO ORDERED.

Dated: February 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE