1  LATHAM & WATKINS LLP
      Melanie M. Blunschi (SBN 234264)
2       *melanie.blunschi@lw.com*
      Patrick K. O'Brien (SBN 292470)
3       *patrick.obrien@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6     R. Peter Durning, Jr. (SBN 277968)
        *peter.durning@lw.com*
7  355 South Grand Avenue, Suite 100
   Los Angeles, CA 90071-1560
8  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
9

10 Attorneys for Petitioner
   *Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity, <br><br> Petitioner, <br><br> v. <br><br> E*HEALTHLINE.COM, INC., a Delaware corporation, <br><br> Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB <br><br> The Honorable Morrison C. England, Jr. Courtroom 7 <br><br> **ORDER GRANTING PHARMANIAGA'S REQUEST TO SEAL DOCUMENTS** <br><br> (***L.R. 140(a)(ii), 141***) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS

# ORDER

The Court, having reviewed Petitioner Pharmaniaga Berhad ("**Pharmaniaga**")'s Request to Seal Documents (the "**Request to Seal**"), submitted on February 22, 2018 in support of (1) Pharmaniaga Berhad's Opposition to E*Healthline.com, Inc.'s Cross-Motion to Vacate Arbitral Award and Reply in Support of Motion to Confirm Arbitral Award ("**Reply**") and (2) Pharmaniaga Berhad's Opposition to E*Healthline.com, Inc.'s Motion to Dismiss ("**Opposition**"), hereby orders:

1. The Request is GRANTED. The information redacted from the Opposition and Reply shall permanently remain outside the public record.

2. The Request to Seal Exhibit 9 to the Second Harrison Affidavit in its entirety is GRANTED. Exhibit 9 to the Second Harrison Affidavit shall permanently remain outside the public record.

3. Access to the unredacted version of the exhibits to the Petition and Motion shall be limited to the parties, their counsel, and the Court/Court staff.

4. **Pharmaniaga is ordered to email <u>unredacted</u> copies of the Opposition, Reply, and Exhibit 9 to the Second Harrison Affidavit to ApprovedSealed@caed.uscourts.gov to be filed <u>under seal</u> pursuant to Local Rule 141. The Clerk is directed to seal those filings and to serve unredacted versions of the documents on all parties.**

IT IS SO ORDERED.

Dated: February 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE