LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
    *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
    *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr. Courtroom 7<br><br>**STIPULATION AND ORDER MODIFYING PAGE LIMITS IN COURT'S FEBRUARY 22, 2018 ORDER (ECF NO. 30)** |

# JOINT STIPULATION

WHEREAS, on January 12, 2018, Petitioner Pharmaniaga Berhad (**"Pharmaniaga"**) filed its Petition and Motion for Confirmation of Foreign Arbitral Award, Entry of Judgment, and Attorney's Fees Incurred in Confirming the Award ("**Motion to Confirm**");

WHEREAS, on February 2, 2018, Respondent E&HealthLine.com, Inc. (**"EHL"**) filed its Motion to Dismiss for Failure to State a Claim and Lack of Jurisdiction (**"Motion to Dismiss"**), which included an 8-page Memorandum of Points and Authorities in Support of the Motion to Dismiss (ECF No. 23-1);

WHEREAS, on February 8, 2018, EHL filed its Cross-Motion to Vacate Arbitral Award (**"Cross-Motion to Vacate"**), which included a 20-page consolidated Memorandum of Points and Authorities Opposing the Motion for Confirmation and Supporting the Cross-Motion to Vacate (ECF No. 26-1);

WHEREAS, on February 15, 2018, Pharmaniaga and EHL filed a stipulation in which the parties agreed that it was in the interest of efficiency to consolidate Pharmaniaga's briefing on the Motion to Confirm and EHL's Cross-Motion to Vacate (ECF No. 28);

WHEREAS, on February 22, 2018 (the deadline for Pharmaniaga's opposition to the Motion to Dismiss and for Pharmaniaga's consolidated response regarding the Motion to Confirm and Cross-Motion to Vacate) granted the parties' stipulation and added a page limitations for the remaining briefing regarding the Motion to Dismiss, Motion to Confirm, and Cross-Motion to Vacate (ECF No. 30);

WHEREAS, the page limits set for the opposition and reply regarding the Motion to Dismiss are 20 pages and 10 pages, respectively, while the page limits for the consolidated response regarding the Motion to Confirm and Cross-Motion to Vacate are 10 pages and 5 pages, respectively;

WHEREAS, the parties agree that issues raised in the Motion to Confirm and Cross-Motion to Vacate are more numerous and complex than those raised in the Motion to Dismiss, such that it would be preferable to apply the longer page limits to the consolidated briefing on

the Motion to Confirm and Cross-Motion to Vacate and the shorter page limits to the briefing on the Motion to Dismiss;

WHEREAS, the parties' proposal regarding page limitations will not impact the total number of pages that the parties will file with the Court on the two motions as contemplated by the Court's February 22, 2018 Order;

NOW, THEREFORE, the parties hereby stipulate and request that the Court order as follows:

1. Pharmaniaga's one brief responding to the arguments raised in EHL's Cross-Motion to Vacate and Memorandum of Points and Authorities Opposing the Motion for Confirmation and Supporting the Cross-Motion to Vacate shall not exceed twenty (20) pages;

2. Pharmaniaga's opposition to EHL's Motion to Dismiss shall not exceed ten (10) pages;

3. EHL's reply in support of its Cross-Motion to Vacate shall not exceed ten (10) pages;

4. EHL's reply in support of its Motion to Dismiss shall not exceed five (5) pages.

**IT IS SO STIPULATED.**

Dated:  February 22, 2018                    LATHAM & WATKINS LLP

By:  /s/ Melanie M. Blunschi
          Melanie M. Blunschi
          Attorneys for Petitioner
          Pharmaniaga Berhad


Dated:  February 22, 2018                    DENTONS US LLP

By:  /s/ Andrew S. Azarmi
          (as authorized on February 22, 2018)
          Andrew S. Azarmi
          Attorneys for Respondent
          E*HealthLine.com, Inc.

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, the page limits related to the parties' pending motions shall be modified as set forth in the stipulation above.

IT IS SO ORDERED.

Dated:  February 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE