LATHAM & WATKINS LLP
 Melanie M. Blunschi (SBN 234264)
  *melanie.blunschi@lw.com*
 Patrick K. O'Brien (SBN 292470)
  *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

 R. Peter Durning, Jr. (SBN 277968)
  *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>   Petitioner,<br><br> v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>   Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING PHARMANIAGA'S REQUEST TO SEAL DOCUMENTS**<br><br>(***L.R. 140(a)(ii), 141***) |

LATHAM&WATKINS[LLP]
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS

# ORDER

The Court, having reviewed Petitioner Pharmaniaga Berhad ("**Pharmaniaga**")'s Request to Seal Documents (the "**Request to Seal**"), submitted on May 1, 2018 in support of Pharmaniaga Berhad's [PROPOSED] Order on All Pending Motions ("**The May 1, 2018 [Proposed] Order**"), hereby orders:

1. The Request to Seal is granted. The information redacted from The May 1, 2018 [Proposed] Order shall permanently remain outside the public record.

2. Access to the unredacted version of The May 1, 2018 [Proposed] Order shall be limited to the parties and their counsel.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS