ANDREW S. AZARMI (Bar No. 241407)
andrew.azarmi@dentons.com
SAMUEL E. KOHN (Bar No. 304881)
samuel.kohn@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:   (415) 267-4000
Facsimile:    (415) 267 4198

CHARLES H. CAMP (*Pro Hac Vice*)
ccamp@charlescamplaw.com
CAMELLIA MOKRI
cmokri@charlescamplaw.com
LAW OFFICES OF CHARLES H. CAMP, P.C.
600 New Hampshire Avenue NW
Suite 640
Washington, D.C. 20037
Telephone:   (202) 457-7786
Facsimile:    (202) 457-7788

Attorneys for Respondent
E*HEALTHLINE.COM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>　　　　　　　Respondent. | Case No. 2:17-cv-02672-MCE-EFB<br><br>**ORDER GRANTING E*HEALTHLINE.COM, INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>**E.D. Cal. L.R. 140(a)(ii); 141** |

The Court, having reviewed Respondent E*Healthline.com, Inc. ("EHL")'s Request to Seal Documents, submitted on September 20, 2018, in support of EHL's Motion to Stay Execution of Judgment, hereby orders:

1. The Request to Seal is GRANTED. The information redacted from EHL's Memorandum In Support Of Motion To Stay Execution of Judgment is and shall permanently remain outside the public record unless a subsequent Court order provides otherwise.

2. Access to the unredacted version of the Memorandum In Support Of Motion To Stay Execution of Judgment shall be limited to the parties and their counsel.

IT IS SO ORDERED.

Dated: September 25, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING E*HEALTHLINE.COM, INC.'S REQUEST TO SEAL DOCUMENTS

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

106433246\V-1