LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
   *melanie.blunschi@lw.com*
   Patrick K. O'Brien (SBN 292470)
   *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

   R. Peter Durning, Jr. (SBN 277968)
   *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Respondent. | CASE NO. 2:17-cv-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**AFFIDAVIT OF MELANIE M. BLUNSCHI IN SUPPORT OF PETITIONER PHARMANIAGA BERHAD'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS

## AFFIDAVIT OF MELANIE M. BLUNSCHI

1. I am an attorney at Latham & Watkins LLP ("Latham"), a member in good standing of the bar of the State of California and the bar of this Court, and lead counsel of record in this proceeding for Petitioner Pharmaniaga Berhad ("Pharmaniaga").  By reason of the foregoing, I have personal knowledge of the matters set forth below, and if called as a witness, could and would competently testify thereto under oath.  I submit this affidavit in support of Pharmaniaga's concurrently filed Motion for Attorney's Fees and Costs.

2. I began work on this matter at the request of my partner, Philip Clifford QC, who is a partner in Latham's London office and was lead counsel for Pharmaniaga in the London-based arbitration *E*HealthLine.com Inc. v. Modern Industrial Investment Holding Group Co. Ltd. & Pharmaniaga Berhad*, ICC Case No. 20125/RD.  Mr. Clifford and his London-based Latham team (including Oliver Browne and Daniel Harrison) successfully defended Pharmaniaga against all of the claims brought against Pharmaniaga by E*Healthline.com, Inc. ("EHL") in that arbitration, as reflected in the arbitral tribunal's November 2, 2016, final award (the "Final Award").  Subsequently, Mr. Clifford (and Pharmaniaga) asked me to lead Latham's efforts to confirm the Final Award and recover a judgment against EHL in California, where EHL is located.  Because those efforts arose from the London-based arbitration (and required regular support from Mr. Clifford and his London-based team, who had the best knowledge of the facts and proceedings relevant to the underlying arbitration), Pharmaniaga was billed by Latham's London office in pounds sterling of Great Britain, with California counsel's U.S.-dollar rates converted to that currency.

3. The attorneys who worked with me for Pharmaniaga on the above-captioned case are as follows: R. Peter Durning, Jr., Patrick K. O'Brien, and Barr Benyamin (located in Latham's San Francisco and Los Angeles offices).  Mr. Clifford, Mr. Browne, and Mr. Harrison also assisted in this case from Latham's London office.  True and complete copies of the biographies of the foregoing attorneys are attached hereto as Exhibits 1 through 7.  A number of other professional staff (including paralegals, docket and service research specialists, and staff attorneys specializing in e-filing, local rule compliance, and chambers rules compliance) also

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS

assisted in our efforts to confirm the final award. Pharmaniaga was billed at hourly rates ranging from £375 to £785 (for the attorneys named above) and £150 to £300 (for professional staff, including staff attorneys), which is consistent with the customary rates Latham billed for similar services over the time period in which the work was performed (2017-2018).

4.   Pharmaniaga incurred at least £330,866.14 in legal fees and costs in enforcing the Final Award.  Below, I have summarized the hours, activities, and associated fees and costs that correspond to Pharmaniaga's counsel's efforts to enforce the final award, on a monthly basis.

5.   In July 2017, Pharmaniaga's counsel began work on the petition and motion to confirm the Final Award.  That work included reviewing the factual record in the Final Award; reviewing the substantive legal issues involved in confirming the Final Award (such as the grounds to resist confirmation under the New York Convention); reviewing the procedural issues involved in initiating the proceeding (such as the venue requirements); and commencing drafting of the petition and motion.  In these efforts, Pharmaniaga's counsel expended 3.9 partner hours, 0.7 senior associate hours, 11.4 junior associate hours, and 2.0 professional staff hours, incurring a total of £9,309.5 in legal fees and £645.49 in costs (for legal research, document processing services, and docket review) that were billed to Pharmaniaga.

6.   In August 2017, Pharmaniaga's counsel continued work on the petition and motion, reviewing the factual record in the Final Award, the substantive and procedural legal issues, and the Local Rules of the Eastern District regarding the requirements for initiating a lawsuit or arbitration confirmation proceeding.  In these efforts, Pharmaniaga's counsel expended 0.6 partner hours, 16.1 senior associate hours, 6.1 junior associate hours, and 1.2 professional staff hours, incurring a total of £13,239.00 in legal fees and £691.59 in costs (for legal research, document processing services, Federal Express / messenger services, and court costs) that were billed to Pharmaniaga.

7.   In September 2017, Pharmaniaga's counsel reviewed the requirements for sealing documents in the Eastern District and began preparing a motion and related supporting papers to seal parts of the Final Award.  In these efforts, Pharmaniaga's counsel expended 0.6 junior

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS

associate hours and 2.4 professional staff hours, incurring a total of £675.00 in legal fees and £105.38 in costs (for legal research) that were billed to Pharmaniaga.

8. In October 2017, Pharmaniaga's counsel continued work on the petition and motion and the supporting papers (including the sealing papers). In these efforts, Pharmaniaga's counsel expended 2.80 partner hours, 4.90 senior associate hours, and 2.30 junior associate hours, incurring a total of £5,964 in legal fees and £414.40 in costs (for legal research and docket review) that were billed to Pharmaniaga.

9. In November 2017, Pharmaniaga's counsel continued work on the petition and motion and the supporting papers (including the sealing papers, affidavit, and exhibits). Pharmaniaga's counsel also researched options for asset discovery and provisional remedies against EHL. In these efforts, Pharmaniaga's counsel expended 8.8 partner hours, 13.2 senior associate hours, and 11.7 junior associate hours, incurring a total of £19,904.50 in legal fees and £1,971.80 in costs (for legal research) that were billed to Pharmaniaga.

10. In December 2017, Pharmaniaga's counsel completed work on the petition and motion and supporting papers (including the sealing papers, affidavit, exhibits, and other case-initiating documents). In these efforts, Pharmaniaga's counsel expended 11.9 partner hours, 20.6 senior associate hours, 7.5 junior associate hours, and 10.2 hours from professional staff, incurring a total of £26,475.50 in legal fees and £1,870.57 in costs (for docket review and filing fees, document processing, legal research, and service of process) that were billed to Pharmaniaga.

11. In January 2018, Pharmaniaga's counsel drafted, filed, and served a number of notices pursuant to the orders of the court. Pharmaniaga's counsel also drafted asset discovery requests and a request for the Court to modify its initial scheduling order to allow for early asset discovery. Pharmaniaga also conferred with EHL's counsel (starting on January 5, 2018) regarding their contemplated motions to challenge the Final Award, and the related briefing schedule, and began research in preparation to oppose EHL's motions. Pharmaniaga also began work on a motion for prejudgment attachment. In these efforts, Pharmaniaga's counsel expended 10.1 partner hours, 18.0 senior associate hours, 18.5 junior associate hours, and 13.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS

1  hours from professional staff, incurring a total of £31,316.00 in legal fees and £2,196.22 in costs
2  (for document processing and copying, legal research, and postage) that were billed to
3  Pharmaniaga.

4        12. In February 2018, Pharmaniaga's counsel continued work on its asset discovery
5  requests, but on February 8, 2018, EHL's counsel indicated that it would not respond to asset
6  discovery requests prior to the confirmation of the Final Award (and Pharmaniaga therefore
7  deferred service of those requests until after the Court's September 7, 2018 order).  Pharmaniaga
8  also continued work on its motion for prejudgment attachment, until EHL filed its two motions
9  challenging the Final Award (ECF Nos. 23 and 26).   Pharmaniaga's counsel then prepared
10 oppositions to EHL's two motions challenging the Final Award, and conducted legal and factual
11 research in support of those oppositions.  In these efforts, Pharmaniaga's counsel expended 51.6
12 partner hours, 56 senior associate hours, 116.7 junior associate hours, and 23.2 hours from
13 professional staff, incurring a total of £128,358.50 in legal fees and £6,557.23 in costs (for legal
14 research, document processing, and docket review and e-filing support) that were billed to
15 Pharmaniaga.

16       13. In March 2018, Pharmaniaga's counsel completed work on the attachment motion
17 and supporting papers and, in response to this Court's order, began work on a comprehensive
18 proposed order to dispose of all pending motions (*i.e.*, the motion to confirm the Final Award,
19 EHL's cross-motion to vacate and motion to dismiss, and Pharmaniaga's attachment motion).  In
20 these efforts, Pharmaniaga's counsel expended 20.5 partner hours, 38.2 senior associate hours,
21 29.5 junior associate hours, and 5.3 hours from professional staff, incurring a total of £51,286 in
22 legal fees and £8,966.91 in costs (for legal research, document processing, and Federal Express /
23 messenger services) that were billed to Pharmaniaga.

24       14. In April 2018, Pharmaniaga's counsel continued work on the comprehensive
25 proposed order to dispose of all pending motions.  In these efforts, Pharmaniaga's counsel
26 expended 5.7 partner hours, 11.7 senior associate hours, 4.8 junior associate hours, and 1.7 hours
27 from professional staff, incurring a total of £13,797.50 in legal fees and £543.55 in costs (for
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS

legal research, document processing, and Federal Express / messenger services) that were billed to Pharmaniaga.

15. In May 2018, Pharmaniaga's counsel completed work on the comprehensive proposed order to dispose of all pending motions.  In these efforts, Pharmaniaga's counsel expended 1.5 partner hours, 2.7 senior associate hours, 6.6 junior associate hours, and 6.2 hours from professional staff, incurring a total of £6,577.50 in legal fees that were billed to Pharmaniaga.

16. Pharmaniaga has paid the fees and costs described above.

17. The following Table 1 restates the foregoing fees and costs in chart form:

**Table 1: Summary of Pharmaniaga's Fees and Costs of Enforcement**

| Month | Hours | Fees and Costs |
|---|---|---|
| July 2017 | 3.9 (Partner)<br>0.7 (Senior Associate)<br>11.40 (Junior Associate)<br>2.0 (Professional Staff) | £ 9,309.50 (fees)<br>£ 645.49 (costs) |
| August 2017 | 0.6 (Partner)<br>16.1 (Senior Associate)<br>6.1 (Junior Associate)<br>1.2 (Professional Staff) | £ 13,239 (fees)<br>£ 691.59 (costs) |
| September 2017 | 0.6 (Junior Associate)<br>2.4 (Professional Staff) | £ 675 (fees)<br>£ 105.38 (costs) |
| October 2017 | 2.8 (Partner)<br>4.9 (Senior Associate)<br>2.3 (Junior Associate) | £ 5,964 (fees)<br>£ 414.40 (costs) |
| November 2017 | 8.8 (Partner)<br>13.2 (Senior Associate)<br>11.7 (Junior Associate) | £ 19,904.50 (fees)<br>£ 1,971.80 (costs) |
| December 2017 | 11.9 (Partner)<br>20.6 (Senior Associate)<br>7.5 (Junior Associate)<br>10.2 (Professional Staff) | £ 26,475.50 (fees)<br>£ 1,870.57 (costs) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS

| Month | Hours | Fees and Costs |
|---|---|---|
| January 2018 | 10.1 (Partner)<br>18.0 (Senior Associate)<br>18.5 (Junior Associate)<br>13.1 (Professional Staff) | £ 31,316.00 (fees)<br><br>£ 2,196.22 (costs) |
| February 2018 | 51.6 (Partner)<br>56.0 (Senior Associate)<br>116.7 (Junior Associate)<br>23.2 (Professional Staff) | £ 128,358.50 (fees)<br><br>£ 6,557.23 (costs) |
| March 2018 | 20.5 (Partner)<br>38.2 (Senior Associate)<br>29.5 (Junior Associate)<br>5.3 (Professional Staff) | £ 51,286.00 (fees)<br><br>£ 8,966.91 (costs) |
| April 2018 | 5.7 (Partner)<br>11.7 (Senior Associate)<br>4.8 (Junior Associate)<br>1.7 (Professional Staff) | £ 13,797.50 (fees)<br><br>£ 543.55 (costs) |
| May 2018 | 1.5 (Partner)<br>2.7 (Senior Associate)<br>6.6 (Junior Associate)<br>6.2 (Professional Staff) | £ 6,577.50 (fees)<br><br>£ 0 (costs) |
| **TOTAL** | 117.4 (Partner)<br>182.1 (Senior Associate)<br>215.7 (Junior Associate)<br>65.3 (Professional Staff) | £ 306,903.00 (fees)<br><br>£ 23,963.14 (costs)<br><br>£ 330,866.14 (fees and costs) |

I affirm under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this affidavit was executed on October 5, 2018.

                                            /s/ Melanie M. Blunschi
                                              Melanie M. Blunschi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

BLUNSCHI AFFIDAVIT I/S/O
PETITIONER PHARMANIAGA BERHAD'S
MOTION FOR ATTORNEY'S FEES AND COSTS