# Exhibit 3



# YOUR TEAM

## Philip Clifford QC

Philip Clifford QC is recognized as one of London's leading international arbitration counsel. He has served as Global Co-Chair of the International Arbitration Practice and Chair of the London Litigation & Trial Department, and is both a United Kingdom representative on the ICC Commission on Arbitration and co-author of a leading book on the LCIA Arbitration Rules. A Fellow of the Chartered Institute of Arbitrators, Mr. Clifford also sits as an arbitrator, giving him a valuable dual perspective on resolving disputes. Mr. Clifford is referred to in *The Legal 500* as "one of the best in the profession" and in *Chambers* as "a pleasure to work with and extremely adept at resolving cross-border disputes".

**Partner, London**

T +44.20.7710.1861
E philip.clifford.qc@lw.com

**Education**
M.Sc. (Arbitration and Construction), King's College London

MA (Law), Oxford University, (Scholar)

**Bar Qualifications**
England and Wales (Solicitor), England and Wales (Solicitor-Advocate)

**Recognition Highlights**
Mr. Clifford is recognised in major legal guides as a leading arbitration practitioner.

*Chambers* recognizes Mr. Clifford as a key individual for international arbitration and quotes a source describing him as "a pleasure to work with and extremely adept at resolving cross-border disputes." *The Legal 500* notes that he is "one of the best in the profession" and is "renowned for energy cases".

Mr. Clifford is a regular speaker and author on arbitration topics. He has lectured on arbitration at numerous conferences, at the British Institute of International and Comparative Law and at University College London, and was a member of the DIFC working party for its new arbitration law. Mr. Clifford is also a member of LexisNexis' Consulting Editorial Board for Dispute Resolution.

### Profile
Mr. Clifford has over 25 years' experience of resolving some of the largest and most complex international disputes through arbitration and related court litigation in England and elsewhere. He has particular expertise in disputes arising out of the power, oil and gas, and construction industries.

### Experience
Mr. Clifford's representative experience includes:

**Oil, gas, and power**

- Natural gas and LNG disputes: from price re-openers to engineering and construction
- Oil related disputes: such as the construction of pipelines, drilling equipment, refineries, and petrochemical complexes in Africa, Asia, and the Caribbean
- Power project disputes: such as the engineering, construction, and operation of power projects in the Middle East, Far East, and Asia
- Nuclear disputes: from the construction and operation of nuclear facilities to the treatment of nuclear material and decommissioning

**Joint ventures and shareholders**

- A broad range of joint venture and shareholder disputes in Europe, the Middle-East, Far-East, and Asia

**Mergers and acquisitions**

- Sovereign wealth fund corporate acquisition disputes in Europe and the Middle East
- Financial institution disputes over share sales, redemptions, and financial instruments in Europe, the Middle East, and Asia
- Telecommunications disputes in Europe and Asia

**Directors' duties and fraud**

- Madoff US$65 billion fraud: representing financial institutions and directors in proceedings and investigations in the United States, the Cayman Islands, and Europe
- Liquidators: acting for and against them in connection with enforcement actions and allegations of fraud

**Investment treaties**

- Arbitrations under bilateral investment treaties relating to the Middle East, South America, and Central Europe

**Enforcement proceedings**

- Pursuing and resisting the enforcement of arbitral awards and foreign judgments in England and elsewhere

**ADR and dispute management**

LATHAM&WATKINS LLP

# YOUR TEAM continued

## Philip Clifford QC

- Conducting mediations spanning a range of commercial disputes
- Advising as to risk and dispute avoidance and management