LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
   *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
   *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
   *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>          Petitioner,<br><br>  v.<br><br>E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>          Respondent. | CASE NO. 2:17-CV-02627-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**[PROPOSED] ORDER GRANTING PETITIONER PHARMANIAGA BERHAD'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING PETITIONER
PHARMANIAGA BERHAD'S MOTION FOR
ATTORNEY'S FEES AND COSTS

**[PROPOSED] ORDER**

The Court, having reviewed Petitioner Pharmaniaga Berhad ("Pharmaniaga")'s Motion for Attorney's Fees and Costs ("Motion"), submitted on October 5, 2018, HEREBY ORDERS that the Motion is GRANTED and Pharmaniaga shall be awarded attorney's fees and costs in the amount of £330,866.14.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Morrison C. England, Jr.
District Judge