LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
    *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
    *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Petitioner
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>    Petitioner,<br><br>    v.<br><br>E\*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>    Respondent. | CASE NO. 2:17-CV-02672-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING PETITIONER PHARMANIAGA BERHAD'S MOTION FOR ATTORNEY'S FEES AND COSTS AND DENYING RESPONDENT E\*HEALTHLINE.COM, INC.'S MOTION FOR STAY** |

    Good cause having been shown, and for the reasons stated in Petitioner Pharmaniaga Berhad ("Pharmaniaga")'s Motion for Attorney's Fees and Costs (ECF No. 69), that Motion is hereby GRANTED. Pharmaniaga is awarded attorney's fees and costs in the amount of £330,866.14.

1  Respondent has shown no basis for an order staying the judgment in this case, and, as
2  discussed in Petitioner's Opposition, it's Motion for a Stay (ECF No. 56) is DENIED.
3  IT IS SO ORDERED.
4  Dated: November 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO