UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>    Petitioner,<br><br> v.<br><br>E*HEALTHLINE.COM. INC., a Delaware corporation,<br><br>    Respondent. | No. 2:17-cv-2672-MCE-EFB<br><br>ORDER TO SHOW CAUSE |

On September 7, 2018, the court granted petitioner Pharmaniaga Berhad's motion for confirmation of a foreign arbitral award and entered judgment against respondent E*Healthline.com, Inc. and in petitioner's favor in the amount of £2,000,000.00 (at a post-award interest rate of 4% per annum) and $872,953 (at a post-award interest rate of 3% per annum).[1] ECF Nos. 54, 55. The court subsequently granted petitioner's application for an order for appearance and examination and ordered respondent to appear for a judgment debtor examination on November 28, 2018. On that date, attorney Patrick O'Brien appeared on behalf of petitioner.

/////

/////

---

[1] This case was referred to the undersigned pursuant to Local Rule 302(c)(11). *See* 28 U.S.C. § 636(b)(1).

1

In violation of the court's order, respondent failed to appear despite having actual notice of the scheduled judgment debtor examination.[2]

In light of respondent's failure to appear, it is hereby ORDERED that:

1. The judgment debtor examination is continued to December 19, 2018 at 10:00 a.m., in Courtroom No. 8.

2. Respondent shall appear before the court on December 19, 2018 at 10:00 a.m., in Courtroom No. 8, to show cause why sanctions should not be imposed for its failure to appear at the November 28, 2018 judgment debtor examination, including the payment of the fees of the court reporter and attorney's fees incurred as a result of that failure to appear, as set forth in the declaration filed by petitioner's counsel.  *See* ECF No. 88.

3. Respondent is admonished that failure to comply with this order will result in the imposition of further sanctions and an order to show cause in re contempt.

DATED:  December 6, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Respondent filed an opposition to petitioner's application for an order for appearance and examination.  ECF No. 68.  It also submitted a request to continue the judgment debtor examination, but the request was filed less than 15 minutes before the close of business the day preceding the examination.  ECF No. 83.  Thus, it is clear that respondent had actual notice of the judgment debtor examination set for November 28, 2018.

2