UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMANIAGA BERHAD, a Malaysian entity,<br><br>Petitioner,<br><br>v.<br><br>E*HEALTHLINE.COM., INC., a Delaware corporation,<br><br>Respondent. | No. 2:17-cv-2672-MCE-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on December 19, 2018, for a judgment debtor examination and hearing on the court's December 6, 2018 order directing respondent to show cause why sanctions should not be imposed for its failure to appear at the judgment debtor examination previously set for November 28, 2018. ECF Nos. 74, 89. Attorney Patrick O'Brien appeared on behalf of petitioner, and attorney Charles Camp appeared on behalf of respondent. The parties represented that they have reached a resolution of the underlying debtor examination and associated issues. The petitioner has also filed a written notice to that effect. ECF No. 92 at 2.

For the reasons stated on the record, it is hereby ORDERED that:

1. The December 6, 2018 order to show cause is discharged and no sanctions are imposed; and

/////

1

2. The judgment debtor examination is vacated.

DATED: December 21, 2018.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2