# UNITED STATES DISTRICT COURT

Eastern **District of** California

Pharmaniaga Berhad, et al.
     Plaintiff (s),

V.

E*HealthLine.com, Inc.
     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-2672-MCE

Notice is hereby given that, subject to approval by the court, __E*Healthline.com, Inc.__ substitutes
                   (Party (s) Name)

__Andrew S. Azarmi__, State Bar No. __241407__ as counsel of record in place
(Name of New Attorney)

place of __Charles H. Camp, PHV__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Dentons US LLP
 Address: One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105
 Telephone: 415-267-4000    Facsimile 415-267-4198
 E-Mail (Optional): andrew.azarmi@dentons.com

I consent to the above substitution.

Date: 7/26/2019              */s/ Yousry Mekhamer*
                     (Signature of Party (s))

I consent to being substituted.

Date: 7/26/2019              */s/Charles H. Camp*
                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/26/2019              */s/Andrew S. Azarmi*
                    (Signature of New Attorney)

IT IS SO ORDERED.

Dated: September 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE